[No. 56463-3-I. Division One. October 23, 2006.]

*In the Matter of the Marriage of* DARLA A. MENG,
*Appellant*, and ROBERT A. MENG, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 94-3-03078-1, Cheryl Russell, J. Pro Tem.,
entered May 27, 2005. *Reversed* and *remanded* by unpublished per curiam opinion.

[No. 56483-8-I. Division One. October 23, 2006.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID SCOTT DUFF,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 04-1-00640-2, Theresa B. Doyle, J., entered
June 23, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 56647-4-I. Division One. October 23, 2006.]

MARK KNAPP, *Appellant*, v. ROBERT SPRINGER ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Skagit
County, No. 02-2-01283-6, Susan K. Cook, J., entered June
30, 2005. *Affirmed* by unpublished opinion per Agid, J.,
concurred in by Grosse and Cox, JJ.

[No. 56711-0-I. Division One. October 23, 2006.]

NONI ERVIN, *Respondent*, v. MARTIN GEORGE BRAZIER, SR.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 03-2-07678-3, George T. Mattson, J., entered
July 15, 2005. *Affirmed* by unpublished opinion per Coleman, J., concurred in by Becker and Ellington, JJ.